**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

COREY CAMPFIELD                              CIVIL ACTION

VERSUS                                       NO. 10-1151

ROBERT C. TANNER, ET AL                      SECTION "S" (5)


ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge, and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment is **HEREBY GRANTED**, and that plaintiff's claims are dismissed with prejudice due to plaintiff's failure to exhaust his administrative remedies as required under 42 U.S.C. §1997e.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss and plaintiff's motion for summary judgment are denied as moot.


New Orleans, Louisiana, this __16th__ day of ___September___, 2011.


UNITED STATES DISTRICT JUDGE